[No. 7513–0–II. Division Two. April 14, 1986.]

*In the Matter of the Marriage of* PAMELA A.
WHINNERY, *Respondent, and* ROGER
WHINNERY, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 83–3–00686–3, Nile E. Aubrey, J., entered
December 16, 1983. *Affirmed* by unpublished opinion per
Petrie, J. Pro Tem., concurred in by Petrich and Alexander,
JJ.

[No. 7635–7–II. Division Two. April 14, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. JERALD
TOLERSON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 82–1–00564–1, Waldo F. Stone, J., entered
February 1, 1984. *Affirmed* and *remanded* by unpublished
opinion per Petrie, J. Pro Tem., concurred in by Petrich
and Alexander, JJ.

[No. 7768–0–II. Division Two. April 14, 1986.]

HERBERT J. DEMPSEY, *Appellant,* v. THE CIVIL
SERVICE COMMISSION OF THE TOWN
OF YELM, *Respondent.*

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 84–2–00216–3, Carol A. Fuller, J., entered
April 5, 1984. *Affirmed* by unpublished opinion per Petrie,
J. Pro Tem., concurred in by Reed, A.C.J., and Petrich, J.